**Chaudhri G. QADIR, Plaintiff— Appellant,**

v.

**Officer BLYTHE; et al., Defendants— Appellees.**

No. 02–15955.

D.C. No. CV–00–00454–RLH/RJJ.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

## MEMORANDUM **

Chaudri G. Qadir appeals pro se the district court's denial of his motion seeking reconsideration of the district court's judgment dismissing his action for failure to

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

comply with the court's order to file a second amended complaint. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *School Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262–63 (9th Cir.1993), and affirm.[1]

All remaining requests for relief are denied.

AFFIRMED.

1.  Because Qadir filed his motion for reconsideration more than ten days after entry of judgment, we lack jurisdiction to review the underlying dismissal order. *See Maraziti v. Thorpe,* 52 F.3d 252, 254 (9th Cir.1995).
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

